No. 00–8331. Pazo-More v. Litscher, Secretary, Wisconsin Department of Corrections. C. A. 7th Cir. Certiorari denied.

No. 00–8340. Oken v. Merrill, Warden, et al. C. A. 1st Cir. Certiorari denied.

No. 00–8344. Cummins v. Superior Court of Arizona, Yuma County, et al. C. A. 9th Cir. Certiorari denied.

No. 00–8346. Dobelle v. Moore, Secretary, Florida Department of Corrections. C. A. 11th Cir. Certiorari denied.

No. 00–8358. Jackson v. Alabama. Ct. Crim. App. Ala. Certiorari denied.

No. 00–8361. Warren W. v. Los Angeles County Department of Children and Family Services. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 00–8363. Pennington v. Evans, Warden, et al.; Pennington v. Hancock et al.; Pennington v. Dixon et al.; and Pennington v. Bayoni et al. C. A. 8th Cir. Certiorari denied.

No. 00–8367. Benjamin v. Cain, Warden, et al. C. A. 5th Cir. Certiorari denied.

No. 00–8369. Gilson v. Oklahoma. Ct. Crim. App. Okla. Certiorari denied.

No. 00–8375. D'Ambrosio v. Georgia. Ct. App. Ga. Certiorari denied.

No. 00–8377. de Medeiros v. Lewis, Warden. C. A. 9th Cir. Certiorari denied.

No. 00–8378. Ashanti v. Terhune, Director, California Department of Corrections, et al. C. A. 9th Cir. Certiorari denied.

No. 00–8382. Lavearn v. Jones. C. A. 6th Cir. Certiorari denied.

No. 00–8383. Bowman v. Cortellessa. Ct. App. Ky. Certiorari denied.